E-FILED
Wednesday, 20 August, 2008  02:43:18 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| **RONALD PARK,** ) | |
|          **Plaintiff,** ) | |
| **v.** ) | |
| ) | **Case No. 07-2227** |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL** ) | |
| **SECURITY,** ) | |
|          **Defendant.** ) | |

# REPORT AND RECOMMENDATION

In May 2007, Administrative Law Judge (hereinafter "ALJ") James Gildea denied Plaintiff Ronald Park's application for disability insurance benefits (hereinafter "DIB") and supplemental security income (hereinafter "SSI"). The ALJ based his decision on findings that despite Plaintiff's limitations, Plaintiff can perform his past work, and, alternatively, Plaintiff could perform other jobs that exist in the economy.

In December 2007, Plaintiff filed a Complaint for Judicial Review (#3) against Defendant Michael J. Astrue, Commissioner of Social Security (hereinafter "Commissioner"), seeking judicial review of the ALJ's decision to deny social security benefits. In March 2008, Plaintiff filed a Motion for Summary Judgment or Remand (#9). In June 2008, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#13). In July 2008, Plaintiff filed a Reply in Support of His Motion for Summary Judgment or Remand (#16).

After reviewing the administrative record and the parties' memoranda, this Court recommended that Plaintiff's Motion for Summary Judgment or Remand (#9) be granted. Consistent with the Court's reasoning in the Report and Recommendation granting Plaintiff's motion, the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#13)** be **DENIED**.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten (10) working days after service of a copy of this recommendation.  *See* 28 U.S.C. 626(b)(1).  Failure to object will constitute a waiver of objections on appeal.  *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this 20th day of August, 2008.

                                                s/ DAVID G. BERNTHAL
                                                U.S. MAGISTRATE JUDGE