UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD PARK, | ) |
| | ) |
| Plaintiff, | )   07-2227 |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

ORDER APPROVING MAGISTRATE RECOMMENDATION

Magistrate Judge David G. Bernthal has issued a report and recommendation in which he recommends denying the plaintiff's application for attorney fees under the Equal Access to Justice Act [#24]. Although the plaintiff's motion for summary judgment was granted and the case remanded for further proceedings, Judge Bernthal opined that the position of the Commissioner, was, throughout the civil action, substantially justified.

The plaintiff has filed an objection to the report and recommendation, and the Commissioner has filed a response.

The court has carefully reviewed the report and recommendation as well as the plaintiff's objection and the defendant's response. The court accepts Judge Bernthal's well-reasoned report and recommendation [#29] and denies the plaintiff's application for attorney fees under the Equal Access to Justice Act [#24].

ENTERED this 20th day of April, 2009.

s\Harold A. Baker
───────────────────────────────
HAROLD A. BAKER
U.S. DISTRICT JUDGE

1